161 A.3d 797

COMMONWEALTH of Pennsylvania, Respondent

v.

German SANTINI, Petitioner

No. 356 EAL 2016

Supreme Court of Pennsylvania.

November 22, 2016

594

**ORDER**

PER CURIAM

**AND NOW**, this 22nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.